

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 8, 1939

Honorable Emory N. Spencer
County Attorney
Aransas County
Rockport, Texas

Dear Sir:

Opinion No. 0-910
Re: What is meant by "within the
limits or within one mile
of the limits of any city";
and what constitutes "the
buoys, stakes or other marks"
that will put the public
sufficiently on notice and
will amount to compliance
with the statute?

We are in receipt of your opinion request wherein
you propound the following questions:

"1. What is meant by 'within the limits
or within one mile of the limits of
any city'.

"2. What constitutes 'the buoys, stakes
or other marks' that will put the
public sufficiently on notice, and
will amount to a compliance with
the statute."

Article 947 of the Revised Penal Statutes of Texas,
1925, provides as follows:

"It shall be unlawful for any per-
son to catch or attempt to catch any fish,
green turtle, loggerhead, terrapin or
shrimp in any of the bays or navigable
waters of this State, <u>within the limits
or within one mile of the limits of any</u>



Honorable Emory N. Spencer, June 8, 1939, Page 2

city or town in this State, with seines,
drags, fykes, set nets, trammel nets,
traps, dams or weirs. A town or city in
the meaning of this article shall be the
collection of one hundred families within
an area of one square mile. Anyone violat-
ing any provision of this article shall be
fined not less than twenty-five nor more
than two hundred dollars. In all prosecu-
tions the identification of the boat from
which such violation occurs shall be prima
facie evidence against the owner, lessee,
person in charge or master of such boat.
It shall be the duty of such town to es-
tablish and maintain the buoys, stakes
or other marks designating the limits of
the one mile within which such seines
shall be hauled and such nets set."

In answer to your first question it is the opinion
of this department, and you may be so advised, that the phrase
"within the limits or within one mile of the limits of any
city or town in this State" means within a mile of the ter-
ritorial limits of any incorporated city or town, as prescribed
in the city charter of said city or town; and in the event
that there is any navigable water within the limits, as desig-
nated by the city charter of such incorporated city or town,
then in that event it shall be unlawful, under the provisions
of this statute, to seine, etc.,..... in or upon such navig-
able water so enclosed within the limits of said incorporated
city or town. In the event that the town or city, in the
meaning of this article, is an unincorporated city or town,
and is made a city or town within the meaning of this article
by the definition therein set out; then, and in that event,
it is the opinion of this department that the statute means
within one mile of the territorial limits of said city or
town, which would mean one mile in any direction from the
shoreline of the area which composes the city or town in
question.

In answer to your second question, it is our opin-
ion that the statute comprehends that buoys shall be placed
at various intervals along the shoreline at a distance of
one mile from the limits of the city or town in such a man-
ner and at close enough intervals that same will advise the
public generally of the limits as are prescribed in this
statute. As to what will constitute sufficient buoys that



Honorable Emory N. Spencer, June 8, 1939, Page 3

will put the public on notice, it is our opinion that any buoy of a standard type, kind, character or make ordinarily used for such purposes can be used for this purpose. We do not believe that the statute contemplates that any particular type, kind, character or nature of buoy shall be used, but only that a buoy, which can be recognized as such, shall be placed at various intervals, at the required spacing distances, in order that same shall be a warning and notice to the public that within the limits of said buoy there shall be no seining, etc.....

Trusting that this will sufficiently answer your questions in the premises, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By     Edgar Cale
Assistant

EC:FL

APPROVED:

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN